```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOHNNY ARGUDO et al.,                                                  :
                                                                       :
                              Plaintiffs,                              :
                                                                       :    20-CV-8391 (JPC)
              -v-                                                      :
                                                                       :    ORDER
GOURMET 53, INC. et al.,                                               :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Within one week of the filing of this order, the parties shall submit a joint letter informing the Court whether the parties would like a referral to the Court-annexed Mediation Program. Plaintiffs are further ordered to request a Clerk's Certificate of Default with regard to any Defendants who have been served with the Summons and Complaint, but have not appeared. Further, it appears that four Defendants—John Doe 1 Corp., *doing business as* Omar's Kitchen & Bakery *also known as* Omar's Place; John Doe 2 Corp., *doing business as* Cowgirl Catering; John Doe 3 Corp., *doing business as* Omar's Mediterranean Cuisine; and John Doe 4 Corp., *doing business as* Ketchup—have not been served. The joint letter shall indicate whether Plaintiffs have served these entities. If Plaintiffs have not served these entities, Plaintiffs shall explain why the Court should not dismiss these Defendants for failure to prosecute.

      SO ORDERED.

Dated: April 16, 2021
       New York, New York

                                            JOHN P. CRONAN
                                        United States District Judge