```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
                                                                   :
                                                                   :
JOHNNY ARGUDO et al.,                                              :
                                                                   :
                           Plaintiffs,                             :         20-CV-8391 (JPC)
                                                                   :
            -v-                                                    :         ORDER
                                                                   :
GOURMET 53, INC. et al.,                                           :
                                                                   :
                           Defendants.                             :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 14, 2021, the Court ordered Plaintiffs' counsel to inform the Court by letter whether Mr. Johnson is asserting a retaining or charging lien. Dkt. 47. Counsel shall file this letter by June 4, 2021.

    SO ORDERED.

Dated: June 1, 2021
       New York, New York

                                          JOHN P. CRONAN
                                      United States District Judge