UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHNNY ARGUDO and ALEJANDRO VALLE,
individually and on behalf of others similarly
situated,

          *Plaintiffs,*

    -against-

GOURMET 53, INC. (D/B/A GOURMET 53),
GIBIN ENTERPRISES, INC. (D/B/A GOURMET
53), JOHN DOE 1 CORP. (D/B/A OMAR'S
KITCHEN & BAKERY (A.K.A. OMAR'S
PLACE), JOHN DOE 2 CORP. (D/B/A COWGIRL
CATERING), JOHN DOE 3 CORP. (D/B/A
OMAR'S MEDITERRANEAN CUISINE), JOHN
DOE 4 CORP. (D/B/A KETCHUP), OMAR
ABOUZAID, MAREK ZRIBKO, and AZIZA DOE,

          *Defendants.*

------------------------------------------------------------X

1:20-cv-08391 (JPC)

**JUDGMENT**

      On March 24, 2022, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

        That the Plaintiffs, JOHNNY ARGUDO and ALEJANDRO VALLE, have judgment against GOURMET 53, INC. (D/B/A GOURMET 53), GIBIN ENTERPRISES, INC. (D/B/A GOURMET 53), JOHN DOE 1 CORP. (D/B/A OMAR'S KITCHEN & BAKERY (A.K.A. OMAR'S PLACE), JOHN DOE 2 CORP. (D/B/A COWGIRL CATERING), JOHN DOE 3 CORP. (D/B/A OMAR'S MEDITERRANEAN CUISINE), JOHN DOE 4 CORP. (D/B/A KETCHUP), OMAR ABOUZAID, MAREK ZRIBKO, and AZIZA DOE, jointly and severally,

in the amount of One Hundred Fifteen Thousand Dollars and No Cents ($115,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2022

_____<br>
Judge John P. Cronan<br>
UNITED STATES DISTRICT JUDGE